MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7027
    lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14-cr-0642 MMC |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| ANDRE PATTERSON and, JAHNAI CARTER | |
| Defendants. | |

    On March 11, 2015, the parties appeared before the Court for Status Conference, and that appearance was the second appearance before this Court. At the hearing, the government indicated that it had referred Ms. Carter to Pretrial Services for evaluation as a potential candidate for a post-plea diversion. That evaluation is still pending, and is expected to be completed in the next two weeks.

    Counsel for Mr. Patterson and the government are discussing a potential resolution. In order to permit Pretrial Services additional time to prepare a recommendation regarding Ms. Carter, and for the parties to negotiate potential resolutions regarding both defendants, the parties jointly request that the Court continue the Status Conference currently set for April 29, 2015 to May 20, 2015.

    The parties agree that the additional time is necessary for defense counsel for both Mr. Patterson

STIPULATION AND PROPOSED ORDER
CASE NO. 14-CR-0642 MMC

and Ms. Carter to effectively prepare for trial or potential disposition and change of plea.  Therefore, the parties agree and jointly request that the time between April 29, 2015 and May 20, 2015 should be excluded in order to ensure reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: April 28, 2015                             Respectfully Submitted,

MELINDA HAAG
United States Attorney

 /s/ Lloyd Farnham
LLOYD FARNHAM
Assistant United States Attorney

OFFICE OF THE FEDERAL
PUBLIC DEFENDER

 /s/ Candis Mitchell
CANDIS MITCHELL
Attorney for Defendant Andre Patterson

 /s/ John D. Forsyth
JOHN D. FORSYTH
Attorney for Defendant Jahnai Carter

### [PROPOSED] ORDER

The Hearing in this matter currently set for April 29, 2015 is continued to May 20, 2015, at 2:15 p.m.  For the reasons stated above, the Court finds that the exclusion of time from April 29, 2015, through and including May 20, 2015, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendants effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).  IT IS SO ORDERED.

DATED:  April 29, 2015                                         _____
                                                                HON. MAXINE M. CHESNEY
                                                                United States District Court Judge

STIPULATION AND PROPOSED ORDER
CASE NO. 14-CR-0642 MMC